**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

**CASE NO. _____-CIV**

| | | |
|---|---|---|
| SEMISILICON TECHNOLOGY CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INMUSIC, LLC, | ) | **JURY TRIAL DEMAND** |
| INMUSIC, INC., | ) | |
| INMUSIC BRANDS, INC., and | ) | |
| ION AUDIO, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Semisilicon Technology Corp. ("Semisilicon"), for its Complaint against

inMusic, LLC, inMusic, Inc., inMusic Brands, Inc., and ION Audio, LLC ("inMusic" or

"Defendants"), hereby alleges as follows:

**NATURE OF ACTION**

1.     This is an action for infringement of United States Patent No. 8,124,988 ("the

'988 patent" or "the Patent-in-Suit"). A copy of the '988 patent, with its reexamination certificate

issued on December 13, 2024, is attached as Exhibit A. This patent relates to light emitting diode

("LED") devices, including LED package structure and assembly.

1

**THE PARTIES**

2.  Semisilicon is a corporation organized and existing under the laws of Taiwan with a principal place of business located at 8F-2, No. 504, Yuanshan Rd., Zhonghe Dist., New Taipei City 235, Taiwan.

3.  Upon information and belief, inMusic, LLC is a Florida limited liability company having its principal place of business at 200 Scenic View Dr., Cumberland, RI 02864 and its registered agent as NRAI Services, Inc. at 1200 South Pine Island Road, Plantation, FL 33324.

4.  Upon information and belief, inMusic, Inc. is a Florida corporation having its principal place of business at 200 Scenic View Dr., Cumberland, RI 02864 and its registered agent as NRAI Services, Inc. at 1200 South Pine Island Road, Plantation, FL 33324.

5.  Upon information and belief, inMusic Brands, Inc. is a Florida corporation having its principal place of business at 200 Scenic View Dr., Cumberland, RI 02864 and its registered agent as NRAI Services, Inc. at 1200 South Pine Island Road, Plantation, FL 33324.

6.  Upon information and belief, ION Audio, LLC is a Florida limited liability company having its principal place of business at 200 Scenic View Dr., Cumberland, RI 02864 and its registered agent as NRAI Services, Inc. at 1200 South Pine Island Road, Plantation, FL 33324.

7.  Copies of the records from the Florida Department of State, Division of Corporations, website ([www.sunbiz.org](www.sunbiz.org)) for each of the Defendants are included in Exhibit B.

**JURISDICTION AND VENUE**

8.  This is an action for patent infringement arising under the United States Patent Laws, 35 U.S.C. § 100 et seq.

9.  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

10.     This Court has personal jurisdiction over the Defendants, and venue is proper in this district pursuant to 28 U.S.C. § 1400(b), at least because each of the Defendants is a Florida corporation or Florida limited liability company. Further, as shown by Exhibit B, each Defendant has identified its sole registered agent located in this district, specifically NRAI Service, Inc. located at 1200 South Pine Island Road, Plantation, FL 33324. Further, each Defendant, as a Florida business entity, has purposefully established systematic and continuous contacts with this judicial district, has submitted annual reports for over ten years with the Florida Secretary of State, and should reasonably expect to be haled into Court here.

## FACTUAL BACKGROUND

11.     Semisilicon, founded in 1995, specializes in IC (integrated circuit) planning, design, production, and sales. Semisilicon's innovations and products include LED control ICs, which are widely used in computer peripherals and consumer electronics. As an innovator in research and development of LED packages and LED control ICs, Semisilicon strives to improve its product quality and innovate LED-related technologies to meet the market's demands and license others, and its products are protected by numerous patents worldwide.

12.     Upon information and belief, each of inMusic, LLC, inMusic, Inc., inMusic Brands, Inc., and ION Audio, LLC imports, markets, offers to sell, and sells audio products to consumers, including consumers in this district.

13.     On the www.ionaudio.com webpage, identifying both ION Audio and inMusic, inMusic identifies itself as "a global leader in music technology, music production, software and consumer electronics brands." https://www.ionaudio.com/2019/01/24/inmusic-appoints-gc-executive-patrick-sullivan-as-president/. The webpage www.ionaudio.com also identifies inMusic, LLC as the owner, stating "Copyright © 2026 inMusic, LLC. All rights reserved."

14.     inMusic's product support page also identifies to consumers the processes for registering ION Audio and inMusic products and identifies multiple U.S. and foreign office locations, including "inMusic World Headquarters" at "200 Scenic View Drive Suite 201 Cumberland, RI 02864 United States."

https://inmusicsupport.freshdesk.com/en/support/solutions/articles/69000824603-how-do-i-register-my-ion-audio-product-.

15.     Upon information and belief, the Defendants' products include speakers and audio systems and devices incorporating light-emitting diodes, with LED structures and/or functions that infringe Semisilicon's patent rights.

16.     Upon information and belief, inMusic imports, markets, offers to sell, and sells products under various brands, including ION, and imports, markets, offers to sell, and sells LED-enabled speakers and related audio products throughout the United States.

https://www.inmusicbrands.com/ (listing "Our Brands" under "Our Portfolio of Brands Inspiring Creativity Worldwide and stating "© 2026 inMusic, Inc. All Rights Reserved.").

17.     Upon information and belief, inMusic Brands, Inc. is the importer of various products, including the accused speaker products.

https://www.importgenius.com/importers/inmusic-brands-inc. inMusic Brands, Inc. is also identified as the owner of the "ION" mark for "[a]udio electronic equipment" among others. https://trademarks.justia.com/883/94/ion-88394125.html. inMusic Brands, Inc. is also the registered owner of numerous marks associated with the infringing products listed below.

18.     Upon information and belief, ION Audio, LLC registers its products with the Federal Communications Commission ("FCC"), including the accused products,

https://fcc.report/FCC-ID/2AB3E-IPA180/, and the Defendants' accused products are sold under the ION/ION Audio brand and incorporate LED lighting features.

19.     All conditions precedent to this action have occurred, been satisfied, or otherwise waived.

**COUNT I**
**Infringement of U.S. Patent No. 8,124,988**

20.     Paragraphs 1 – 19 are incorporated as if restated in full.

21.     Semisilicon is the owner of the entire right, title, and interest in the '988 patent, which was duly and legally issued by the United States Patent and Trademark Office on February 28, 2012. The '988 patent is entitled "Light emitting diode lamp package structure and assembly thereof."

22.     A true and correct copy of the '988 patent, with the reexamination certificate issued on December 13, 2024, is attached hereto as Exhibit A.

23.     Upon information and belief, each of the Defendants have infringed, directly and/or indirectly, one or more claims of the '988 patent under 35 U.S.C. § 271 (a) , (b), and/or (c) by, among other things, importing, using, selling, and/or offering for sale various ION Audio models with LEDs and by inducing or contributing to acts of infringement.

24.     Upon information and belief, each of the Defendants have infringed, directly and/or indirectly, at least claim 1 of the '988 patent, either literally and/or under the doctrine of equivalents.

25.     Upon information and belief, the Defendants have acted in concert and pursuant to a common plan and design to directly or indirectly infringe the '988 patent. Each Defendant knowingly participated in, directed, controlled, and/or performed steps of the infringing acts, and each Defendant is responsible for the infringing conduct of the other Defendants. As a result of

the Defendants' coordinated and collective conduct, Semisilicon has suffered a single, indivisible injury.

26.     According to information available on the Defendants' ION Audio website (Uber™ Boom Ultra, https://www.ionaudio.com/uber-boom-ultra.html (last visited May 4, 2026); Exhibit C) and BestBuy's website (ION Audio - Uber Boom Ultra Water Resistant Bluetooth Stereo Boombox with Lights – Black, https://www.bestbuy.com/product/ion-audio-uber-boom-ultra-water-resistant-bluetooth-stereo-boombox-with-lights-black/J36J95JQYT/sku/10312746 (last visited May 4, 2026); Exhibit D), the Defendants' product Uber Boom Ultra features multi-colored LED lighting that moves and changes in response to the beat of the music, providing dynamic lighting synchronized with audio playback.

UBER™ BOOM ULTRA                    OVERVIEW   WHAT'S INCLUDED   FEATURES



## WATER-RESISTANT BLUETOOTH® - ENABLED STEREO BOOMBOX WITH LIGHTS

Let us introduce you to Uber Boom Ultra, ION's new Bluetooth boombox LED speaker that is perfect for on the go, rain, or shine. It is the perfect portable speaker, whether you are playing basketball, skateboarding in the park, hanging at the beach, or getting caught in a sudden rainstorm while camping! The Uber Boom Ultra is a water-resistant high-power Bluetooth boombox portable speaker that streams music wirelessly from any Bluetooth -enabled device. This 80-Watt Bluetooth boombox is rated IP66, so it is water-resistant and sand proof, which makes it safe for the beach, pool, and trails! With its multi-colored lighting and bass boost, this portable speaker has a pumping woofer that glows in multiple colors and the lights synchronize to the beat of the music. Loaded with features, the Uber Boom Ultra has ION's Bass Boost feature that allows you to kick up the bass for maximum sound impact at the touch of a button. ION's new Uber Boom Ultra Bluetooth boombox with the new ION bass boost function, is a portable LED speaker that will put the 'boom boom' into your music!

Do not let size fool you. The Uber Boom Ultra Bluetooth boombox speaker packs a powerful built-in rechargeable battery. The battery supplies up to 12 hours of use on a single charge and can be recharged through any USB outlet including power banks, laptops, wall outlets, etc. Plus, Uber Boom Ultra has a USB/SD card playback feature so that you can conveniently play material recorded on other devices. For the best



27.     Upon information and belief, the Uber Boom Ultra includes "a LED lamp package structure." Exemplary images of its packaging and components are provided below.







28.     Upon information and belief, the Uber Boom Ultra includes "a plurality of light emitting diodes, each light emitting diode having two electrode ends and one of the electrode ends being a common electrode end."

29.     For example, as shown in the exemplary image below, light emitting diodes annotated in green, red, and blue circles are encapsulated inside the package body, and each light emitting diode has two electrode ends, one of the electrode ends being a common electrode end connecting to a positive power terminal ("V+").



30.     Upon information and belief, the Uber Boom Ultra includes "a control integrated circuit, having a data input electrode, a data output electrode, a positive power-in electrode, and a negative power-in electrode, and electrically connected to the light emitting diodes."

31.     For example, as shown and annotated in the exemplary image below, the Uber Boom Ultra includes a control integrated circuit having a data input electrode for inputting data into the control integrated circuit, a data output electrode for outputting data from the control integrated circuit, a positive power-in electrode and a negative power-in electrode for receiving input power. The control integrated circuit is electrically connected to the light emitting diodes "R," "G," and "B."



32.     Upon information and belief, in the Uber Boom Ultra, the control integrated circuit receives external control data via the data input electrode to control the illumination state of each light emitting diode according to the external control data.

33.     For example, the oscilloscope waveforms below reflect that the illumination states of the light emitting diodes are controlled according to the signal of control input pad, such as 8 bits for controlling each of green, red, and blue lights.

11







34.      Upon information and belief, the Uber Boom Ultra includes "a first conductor, a second conductor, a third conductor, and a fourth conductor, the first conductor being a positive direct current ('DC') voltage pad and connected to the common electrode of each light emitting diode and the positive power-in electrode of the control integrated circuit, the second conductor being connected to the data input electrode, the third conductor being connected to the data output electrode, the fourth conductor being a negative DC voltage pad and connected to the negative power-in electrode of the control integrated circuit."

35.      For example, an exemplary image with annotations is provided below. As shown in the image below, the first conductor is connected to the positive power-in electrode and the common electrode as a positive DC voltage pad, the second conductor is connected to the data input electrode as a data input ("DI") pad, the third conductor is connected to the data output electrode as a data output ("DO") pad, and the fourth conductor is connected to the negative power-in electrode as a negative DC voltage pad.



36.     Upon information and belief, the Uber Boom Ultra includes "a package body encapsulating the light emitting diodes, the control integrated circuit and the conductors, a portion of the first conductor, the second conductor, the third conductor, and the fourth conductor being exposed outside the package body." For example, as shown in the exemplary image with annotations below, the light emitting diodes, the control integrated circuit and the conductors are encapsulated in a package body, and a portion of the first conductor, the second conductor, the third conductor, and the fourth conductor are exposed outside the package body.



37.    According to information available on their websites, the Defendants also market,

sell, or offer to sell other products with similar LED structures or packages, including but not

limited to the following products:

- Retro Glow™ Boombox

- Total PATM Apex

- Tailgater® TD

- Tailgater® XL

- Luma Duo

- Wave RiderTM X

- Glow StoneTM Link

- Trouper™ 300

15

- Block Rocker® Icon

- Tailgater® Boom

- Retro Glow™

- Total PA™ Freedom

- Tahiti Link

- Party Splash Link

- Aquaboom X

- Trailblazer™ Roar

- Uber™ Boom

- Sport 320°

- Block Rocker

- Game Day™ Primetime

- Pro Glow™ Express

- Party Boom™ Plus

- Pro Glow™ Ultra

- Explorer™ Express

- Party Splash™

- Pathfinder™ Go

- Total PA™ Titan

- Block Rocker® XL

- Total PA™ Ultimate

- Uber™ Boom Ultra

- Party Splash™

16

- AquaSport™ Max

- Party Rocker Go

- Tahiti Speaker Pair (Black)

- Total PA™ Extreme

- Total PA™ Spartan

- Power Glow™ 300

- Bright Max™ Plus

- Pathfinder 320

- Pickup™

- Game Day™ Lights (Red)

- Explorer™ XL

- Total PA™ Live

- Meeting Mate™ (Black)

- Party Rocker™ Max

- Bright Max

- Meeting Mate™

- Trailblazer™

- Acadia™

- Total PA™ Prime

- Total PA™ Glow Max

- Pathfinder™ 280°

- Glow Rocker™ Pair

- Tahiti™ Speaker Pair

- Explorer FX

- Adventurer

- Triumph

- Total PA Glow 3

- Game Day Party

- Party Boom FX

- Glow Stone Pair

- Total PA Supreme

- Total PA Premier

- Slam Jam (Black)

- Glow Stone Solar

- Party Rocker Effects (Black)

- Power Glow 200

- Glow Stone Solar (Pair)

- Game Day Lights

- Total PA Ultra

- Pro Glow 1500

- Pro Glow 8

- Total PA Glow

- Party Rocker Max

- Party Rocker Express (Black)

- HydroGroove™

- Total PA™ Quake

18

- Tailgater® Classic

- Glow Tone™

See Wireless Speakers | Bluetooth | ION Audio, https://www.ionaudio.com/products/wireless-speakers/index.html?page=1 (last visited May 6, 2026) (Exhibit E).

38.     Prior to filing this action, the Defendants have had constructive notice of Semisilicon's patents under 35 U.S.C. §287(a), including the '988 patent, and have received actual notice of the '988 patent and each Defendant's infringement as early as 2024.

39.     Prior to filing this action, and as early as 2024, Semisilicon engaged in good-faith efforts seeking to resolve this dispute without litigation with the Defendants.

40.     The Defendants' refusal to cooperate, to negotiate in good faith, and to provide complete sales information forced Semisilicon to initiate this action to guard its valuable patent rights and to seek past and further damages from the Defendants' continued and willful infringement.

41.     Specifically, on May 15, 2025, Semisilicon notified the Defendants regarding their infringement of the '988 patent. As part of the parties' negotiations and on October 2, 2025, the Defendants provided sales information limited to five models, despite importing, using, offering for sale, and/or selling over 80 different models that infringe the '988 patent and despite inducing and/or contributing to infringement.

42.     Following Semisilicon's October 30, 2025, request for the Defendants' complete sales of all models that Semisilicon identified as infringing, the Defendants refused to cooperate and failed to negotiate in good faith as of November 2025, despite continuing to import, use,

19

offer to sell, and/or sell the infringing products and continuing to induce and/or contribute to infringement.

43.     During further negotiations in 2026, the Defendants provided only limited information regarding the number of units sold for the accused products, and refused to provide additional information, including the sales prices, revenue by quarter, and any information for sales before August 28, 2024.

44.     Semisilicon has complied with the requirements of 35 U.S.C. § 287(a). Specifically, Semisilicon and/or its licensees have marked substantially all products practicing the '988 patent, including through virtual marking pursuant to § 287(a).

45.     Upon information and belief, the Defendants have had actual and/or constructive notice of the '988 patent, because Semisilicon identifies the '988 patent among its other intellectual property rights on its website, including on its webpage at https://www.semitech.com.tw/index.php/en/patent-7.

46.     Additionally, the Defendants had actual notice of their infringement of the '988 patent no later than August 28, 2024, including through communications in 2024 and 2025 identifying the '988 patent and the Defendants' products.

47.     Upon information and belief, the Defendants have infringed the '988 patent in an egregious and willful manner and with knowledge of the '988 patent or were willfully blind to the risk of infringement, especially in view of the Defendants' actual and/or constructive notice of infringement and continuation of infringing conduct.

48.     The Defendants' infringement of the '988 patent has caused and continues to cause damage and irreparable harm to Semisilicon.

49.     Upon information and belief, the Defendants jointly developed, marketed, distributed, and supported the Accused Products, and together formed a joint enterprise with a common purpose, shared financial interest, and mutual right of control, and are jointly and severally liable for all damages arising from their infringement.

## PRAYER FOR RELIEF

WHEREFORE, Semisilicon respectfully prays that the Court enter judgment in its favor and award the following relief against the Defendants:

A.     Find that the Defendants have infringed the '988 patent;

B.     Find that the Defendants' infringement of the '988 patent has been willful;

C.     Preliminary and permanent injunctive relief against the Defendants and their officers, directors, employees, agents, licensees, representatives, affiliates, related companies, servants, successors from continued infringement of Semisilicon's patent rights;

D.     Award Semisilicon actual damages pursuant to 35 U.S.C. § 284, in an amount to be determined at trial, as a result of the Defendants' infringement of the '988 patent;

E.     Award Semisilicon pre- and post-judgment interest on all damages awarded, as well as supplemental damages;

F.     Order that damages for infringement of the '988 patent be trebled under 35 U.S.C. § 284;

G.     Declare that this case exceptional and award Semisilicon its costs and attorney's fees under 35 U.S.C. § 285;

H.     Hold the Defendants jointly and severally liable for all damages, awards, and relief awarded; and

21

I.      Award and grant Semisilicon such other and further relief as the Court deems just and proper under the circumstances.

## DEMAND TRIAL BY JURY

Semisilicon demands a jury trial on all matters.

Dated:  May 7, 2026

Respectfully submitted,

*/s/ Christopher S. Carver*
Christopher S. Carver, Esq. (SBN 993580)
  christopher.carver@akerman.com
Tazio Heller, Esq. (SBN 1031521)
  tazio.heller@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard – Suite 1800
Ft. Lauderdale, Florida 33301
Tel.: (954) 463-2700
Fax: (954) 468-2454

Ming-Tao Yang (*pro hac vice* to be filed)
  Ming.Yang@finnegan.com
Jeffrey D. Smyth (*pro hac vice* to be filed)
  Jeffrey.Smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

*Attorneys for Plaintiff*
*Semisilicon Technology Corp.*